1 | Thiago M. Coelho, SBN 324715
2 | thiago@wilshirelawfirm.com
3 | Binyamin I. Manoucheri, SBN 336468
4 | binyamin@wilshirelawfirm.com
  | **WILSHIRE LAW FIRM**
  | 3055 Wilshire Blvd., 12th Floor
5 | Los Angeles, California 90010
6 | Telephone: (213) 381-9988
  | Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated, | CASE NO.: 2:21-cv-07873-SSS-SK |
| Plaintiff, | **PLAINTIFF'S PROOF OF SERVICE OF PROCESS** |
| v. | |
| AMER SPORTS CANADA INC. d/b/a ARC'TERYX, a British Columbia corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff Nataly Morales, individually and on behalf of all others similarly situated, files the attached Proof of Service of Process on Defendant's Agent for Service of Process effective August 5, 2022.

Dated: August 26, 2022              Respectfully submitted,

_____
Binyamin I. Manoucheri

**WILSHIRE LAW FIRM**

*Attorneys for Plaintiff and the proposed class*

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*

- the (date) **August 5, 2022, at 0955 hours**
- *le (date)*
- at (place, street, number) **2200-700 West Georgia Street Vancouver BC CANADA**
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ X ] (b) in accordance with the following particular method*: **Personal Service**
    b) *selon la forme particulière suivante:*

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
    c) *par remise simple*

The documents referred to in the request have been delivered to: **Mail room drop-off — Registered office for Amer Sports Canada Inc. – Miller Thompson LLP**
*Les documents mentionnés dans la demande ont été remis à:*

(identity and description of person)
*(identité et qualité de la personne)* **Adult Asian female, Eyeglasses, Black hair**

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annex**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

Done at **Vancouver, British Columbia, CANADA**, the    **August 5, 2022**
*Fait à _____ , le _____*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

**Raymond Prasad**
Deputy Sheriff – Integrated Warrant and Document Unit
Robson Square Provincial Court
99-800 Hornby Street
Vancouver, BC  V6Z 2C5
Ph: 604 660-7815
Cell: 604 809-9348

BRITISH COLUMBIA
SHERIFF SERVICE

Deputy Sheriff Raymond Prasad #2212