Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>AMER SPORTS CANADA INC. d/b/a ARC'TERYX, a British Columbia corporation; ARC'TERYX EQUIPMENT, INC., a British Columbia corporation and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.: 2:21-cv-07873-SSS-SK<br><br>CLASS ACTION<br><br>*Honorable Judge Sunshine S. Sykes*<br>*Courtroom 2*<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PER FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Amended Comp. Filed: October 28, 2022<br>Trial Date:                None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Plaintiff, Nataly Morales ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action with prejudice as to Plaintiff's claims, and without prejudice to the putative class,

pursuant to Plaintiff's earlier Notice of Dismissal [ECF No. 52] and Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Pursuant to the Court's Orders [ECF Nos. 45, 55], a copy of the fully executed confidential Settlement and General Release of All Claims ("Settlement") which resolves the individual claims of Plaintiff Nataly Morales against Ameri Sports Canada, Inc. and Arc'teryx Equipment, Inc. ("Defendants") is provided. *See* Declaration of Thiago M. Coelho in Support of Notice of Dismissal per Fed. R. Civ. P. 41(a)(1)(A)(i) ("Coelho Decl."), Ex. A.

For the reasons set forth in Plaintiff's earlier Notice of Dismissal [ECF No. 52], dismissal is warranted, and Plaintiff respectfully asks the Court to dismiss the case according to the terms of the individual settlement made between the Parties.

DATED: May 19, 2023

WILSHIRE LAW FIRM

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
Carolin K. Shining
*Attorneys for Plaintiff and Putative Class*