JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY MORALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMER SPORTS CANADA INC. d/b/a ARC'TERYX, a British Columbia corporation; ARC'TERYX EQUIPMENT, INC., a British Columbia corporation and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-07873-SSS-SKx<br><br><u>CLASS ACTION</u><br><br>*Honorable Judge Sunshine S. Sykes Courtroom 2*<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Amended Comp. Filed: October 28, 2022<br>Trial Date: None Set |

ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Voluntary Dismissal Pursuant to Federal Rule of Civil Procedures 41(a) is Granted and this action is DISMISSED with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative Class Members.

**IT IS SO ORDERED.**

Dated: May 23, 2023

_____
Sunshine S. Sykes
United States District Judge